Submitted on record and briefs May 1, reversed and remanded for new trial
June 12, 2003

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT ELIOTT SCHNEIDER,
aka Robert Elliot Schneider,
*Appellant.*

01CR0006; A115098

71 P3d 166

Meredith Allen, Deputy Public Defender, filed the brief for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Douglas F. Zier, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for possession and distribution of a controlled substance, arguing that the police officer did not have reasonable grounds to request defendant's consent to a search of his home under the conditions of defendant's parole on another offense. *See State v. Gulley*, 324 Or 57, 921 P2d 396 (1996); *State v. Guzman*, 164 Or App 90, 990 P2d 370 (1999), *rev den*, 331 Or 91 (2000). The state concedes error, and we agree.

Reversed and remanded for new trial.